

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00919-CV

**IN THE INTEREST OF D.B.T.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02726
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER judgment denying the Department of Family and Protective Services' petition to terminate appellant's parental rights. Costs of this appeal are assessed against the Department of Family and Protective Services.

SIGNED April 29, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice